UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CIVIL ACTION

VERSUS                                  NUMBER: 07-0330

ROBERT J. BAPTISTE                      SECTION: "C"(5)

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion for transcripts and/or to inspect is denied.

New Orleans, Louisiana, this 2nd day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE